No. 593.   MORISSETTE *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari granted.   *Andrew J. Transue* for petitioner.   *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 602.   UNITED STATES *v.* FORTIER ET AL.   C. A. 1st Cir.   Certiorari granted.   *Solicitor General Perlman* for the United States.

No. 587.   RAILWAY EXPRESS AGENCY, INC. *v.* COX.   C. A. 5th Cir.   Certiorari denied.   *J. H. Mooers* and *George W. Gibson, Jr.* for petitioner.

No. 613.   HALL ET AL. *v.* SCARLETT ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Camden R. McAtee* for petitioners.   *Frederick M. Bradley* for respondents.

No. 617.   EMERY ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Daniel Ney Dougherty* for petitioners.   *Solicitor General Perlman, John R. Benney, Ed Dupree, Leon J. Libeu* and *Nathan Siegel* for the United States.

No. 619.   NUBAR *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 4th Cir.   Certiorari denied.   *Henry Mannix* and *Charles K. Rice* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Irving I. Axelrad* for respondent.